**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 18, 2009**



_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

_____

# TIFFANY & BOSCO P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18965/xxxx0248

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John Grace and Akiko Joi Grace<br>   Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>   Movant,<br>  vs.<br><br>John Grace and Akiko Joi Grace, Debtors; Brian J. Mullen, Trustee.<br><br>   Respondents. | No. 2:08-bk-17719-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Relating to docket #35) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT